George W. Dowell  SBN 23475
Lange, Kim & Dowell, LLP
6849 Old Dominion Drive
Suite 225
McLean, Virginia 22101
Telephone: (703) 506-1260
Email: george@dowell-law.com

Attorneys for Debtors
SANJEEV ACHARYA AND MINA ACHARYA

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>SANJEEV ACHARYA<br>MINA ACHARYA<br><br>Debtors, | Bankruptcy Case No. 21-50082<br><br>Chapter 7<br><br>Adv. Proc. No. 21-05025<br><br>**NOTICE OF MOTION TO SET ASIDE DEFAULT (FRCP Rule 55(c), FRBP Rule 7055)**<br><br>Hearing Date: May 9, 2023<br>Time: 1:30<br>Judge: Honorable Stephen L. Johnson |
| TriGate Almaden PE Investor, LLC and<br>TriGate Fremont PE Investor, LLC<br><br>Plaintiffs,<br><br><br>Sanjeev Acharya and Mina Acharya<br><br>Defendants | . |

DEFENDANTS SANJEEV ACHARYA AND MINA ACHARYA GIVE NOTICE that on May 9, 2023 at 1:30 PM in the above Court, or as soon as this Court can hear their Motion, Debtors shall seek to have the Default Judgement entered against them by Plaintiffs TriGate Almaden PE Investors, LLC and TriGate Osgood PE Investors, LLC. This Motion is brough under Federal Rule of Civil Procedure 55(c), incorporated by Federal Rule of Bankruptcy Procedure 7055.

The Motion shall be supported by the Memorandum of Points and Autorities submitted herewith and declarations of George Dowell and John Heymann in addition to oral arguments and any supplemental information requested by this Court.

Dated: April 5, 2023

LANGE, KIM & DOWELL LLP

By: /s/
George W. Dowell
Attorneys for Defendants Sanjeev
Acharya and Mina Acharya